## AFFIRMATION OF SERVICE

I hereby certify that on January 7, 2010, a copy of the foregoing Memorandum of Law was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By: *[signature]*
Michael J. Mitchell